*1038-15*

NO. A19552-1310

IN THE

ORIGINAL

COURT OF CRIMINAL APPEALS

OF TEXAS

Timothy Earl Mangram

**[APPELLANT]**

Petitioner

v.

**THE STATE OF TEXAS**

FILED IN
COURT OF CRIMINAL APPEALS

AUG 13 2015

Abel Acosta, Clerk

Petition in Cause No. A19552-1310 from the
64th Judicial District Court of Hale County, Texas and
Case No. 07-14-00425-CR in the Court of Appeals for the Seventh
Supreme Judicial District of Texas

at Amarillo Texas

**PETITION FOR DISCRETIONARY REVIEW**

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 04 2015

Abel Acosta, Clerk

# TABLE OF CONTENTS

TABLE OF CONTENTS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
INDEX OF AUTHORITIES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
STATEMENT REGARDING ORAL ARGUMENT . . . . . . . . . . . . . . . . . . . . . .
STATEMENT OF THE CASE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
STATEMENT OF PROCEDURAL HISTORY. . . . . . . . . . . . . . . . . . . . . . . . . . . .
QUESTIONS FOR REVIEW. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

    1.  See attached *Examples*

    2.

REASONS FOR REVIEW . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
PRAYER FOR RELIEF. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
CERTIFICATE OF SERVICE. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
APPENDIX. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

NO. 07-14-00425-CR

IN THE

COURT OF CRIMINAL APPEALS

OF TEXAS

_Timothy Earl Mangram_

**[APPELLANT]**

Petitioner

v.

**THE STATE OF TEXAS**

Petition in Cause No. A1953-1310 from the
64 Judicial District Court of Hale county, Texas and
Case No. 07-14-00425-CR in the Court of Appeals for the Seventh
Supreme Judicial District of Texas

_at Amarillo Texas_

**PETITION FOR DISCRETIONARY REVIEW**

TO THE HONORABLE JUDGES OF THE COURT OF
CRIMINAL APPEALS OF TEXAS:

[APPELLANT] petitions the Court to review the judgment affirming his conviction

for the _____ degree felony of $1500 but less $20,000 and punishment assessed at 20 months

~~years~~ confinement in the TDCJ-ID.

4

## STATEMENT REGARDING ORAL ARGUMENT

The grounds for review set forth in this petition concern _Tim Mangram_.

Oral argument would be helpful to the Court in determining an important

constitutional issue, i.e., _____.

## STATEMENT OF THE CASE

The issues in this case concern _Tim Mangram_ _____.

## STATEMENT OF PROCEDURAL HISTORY

Petitioner was charged by indictment with the _State_ degree felony offense of

_more than $1500 but less than $20,000_. The jury convicted Petitioner of the offense of

_theft of property_ and sentenced Petitioner to a term in the Texas Department of Criminal

Justice – Institutional Division for a period of _20 months_. Petitioner appealed

the conviction to the Seventh Court of Appeals.

The Seventh Court of Appeals rendered its decision affirming Petitioner's conviction

on _June 30, 2015_. No motion for rehearing was filed by Petitioner.

## QUESTIONS FOR REVIEW

1.

2.

## ARGUMENT

## PRAYER FOR RELIEF

5

WHEREFORE, PREMISES CONSIDERED, Petitioner prays that this Court grant this petition, and upon reviewing the judgment entered by the Seventh Court of Appeals, reverse the judgment of the Court of Appeals and remand this cause with instructions to

_____.

Respectfully submitted,

_Timothy Mangra (Timothy Mangran)_
[APPELLANT], PETITIONER

## Certificate of Service

I hereby certify that a true copy of the foregoing instrument was provided to all counsel of record in this matter on the __16__ day of __July__, 20_15_, in accordance with the Texas Rules of Appellate Procedure.

State Prosecuting Attorney
P. O. Box 12405
Austin, Texas 78711

_____ County District Attorney

_Timothy Mangra_
Petitioner



# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-14-00425-CR

TIMOTHY EARL MANGRAM, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 64th District Court
Hale County, Texas
Trial Court No. A19552-1310, Honorable Robert W. Kinkaid, Jr., Presiding

June 30, 2015

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Appellant, Timothy Earl Mangram, entered a plea of guilty on February 12, 2014, to the offense of theft of property with a value of $1,500 or more but less than $20,000.[1] Pursuant to a plea agreement, the trial court found the evidence sufficient to find appellant guilty; however, the trial court deferred final adjudication and placed appellant on community supervision for a period of five years. Subsequently, on April 14, 2014, the State filed a motion to adjudicate appellant guilty. Trial on the State's motion

---

[1] See TEX. PENAL CODE ANN. § 31.03(a), (e)(4)(A) (West Supp. 2014).

occurred on November 7, 2014, and appellant entered a plea of true to one allegation contained in the State's motion to adjudicate. Ultimately, the trial court found all six allegations true and, after a separate punishment hearing, assessed appellant's punishment at confinement in a State Jail Facility for 20 months. Appellant appeals the trial court's judgment. We will affirm.

Appellant's attorney has filed an *Anders* brief and a motion to withdraw. *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 498 (1967). In support of his motion to withdraw, counsel certifies that he has diligently reviewed the record, and in his opinion, the record reflects no reversible error upon which an appeal can be predicated. *Id.* at 744-45. In compliance with *High v. State*, 573 S.W.2d 807, 813 (Tex. Crim. App. 1978), counsel has candidly discussed why, under the controlling authorities, there is no error in the trial court's judgment.

By his *Anders* brief, counsel raises grounds that could possibly support an appeal, but concludes the appeal is frivolous. We have reviewed these grounds and made an independent review of the entire record to determine whether there are any arguable grounds which might support an appeal. *See Penson v. Ohio*, 488 U.S. 75, 109 S. Ct. 346, 102 L. Ed. 2d 300 (1988); *Bledsoe v. State*, 178 S.W.3d 824 (Tex. Crim. App. 2005). We have found no such arguable grounds and agree with counsel that the appeal is frivolous.[2]

---

[2] Counsel shall, within five days after this opinion is handed down, send his client a copy of the opinion and judgment, along with notification of appellant's right to file a *pro se* petition for discretionary review. *See* TEX. R. APP. P. 48.4.



BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

MACKEY K. HANCOCK
Justice

PATRICK A. PIRTLE
Justice

# Court of Appeals

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

VIVIAN LONG
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

June 30, 2015

James B. Johnston
EASTERWOOD BOYD
 & SIMMONS, P.C.
P.O. Box 273
Hereford, TX 79045
* DELIVERED VIA E-MAIL *

Wally Hatch
District Attorney
225 Broadway, Suite 1
Plainview, TX 79072-8050
* DELIVERED VIA E-MAIL *

**RE:** Case Number: 07-14-00425-CR
Trial Court Case Number: A19552-1310

**Style:** Timothy Earl Mangram v. The State of Texas

Dear Counsel:

The Court this day issued an opinion and judgment in the captioned cause. TEX. R. APP. P. 48.

In addition, pursuant to Texas Government Code, Sec. 51.204(b)(2), exhibits on file with this Court, **if any**, will be destroyed three years after final disposition of the case or at an earlier date if ordered by the Court.

Very truly yours,

*Vivian Long*

VIVIAN LONG, CLERK

xc: Honorable Robert W. Kinkaid, Jr. (DELIVERED VIA E-MAIL)
Carla Cannon (DELIVERED VIA E-MAIL)
Timothy Earl Mangram

No. 07-14-00425-CR

| | | |
|---|---|---|
| Timothy Earl Mangram<br> Appellant | § | From the 64th District Court<br> of Hale County |
| | § | |
| v. | | June 30, 2015 |
| | § | |
| The State of Texas<br> Appellee | § | Opinion by Justice Hancock |
| | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated June 30, 2015, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

Inasmuch as this is an appeal *in forma pauperis*, no costs beyond those that have been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o

Counsel has certified that he has provided appellant a copy of the *Anders* brief and motion to withdraw and appropriately advised appellant of his right to file a *pro se* response in this matter. *Stafford v. State*, 813 S.W.2d 503, 510 (Tex. Crim. App. 1991). The Court has also advised appellant of his right to file a *pro se* response. Additionally, appellant's counsel has certified that he has provided appellant a copy of the record to use in preparation of a *pro se response*. *See Kelly v. State*, 436 S.W.3d 313, 319-20 (Tex. Crim. App. 2014). Appellant has filed a response.

We have reviewed this response by appellant. We have found no arguable grounds contained in the response. Appellant's sole contention is that the State alleged more instances of failing to meet curfew than actually occurred. However, appellant does not address any of the other terms and conditions of community supervision that the State's motion to adjudicate addresses. Proof of violation of a single term and condition of community supervision is sufficient to support a trial court's decision to adjudicate. *See Sanchez v. State*, 603 S.W.2d 869, 871 (Tex. Crim. App. [Panel Op.] 1980). Accordingly, appellant fails to raise an arguable ground in his response.

Counsel's motion to withdraw is hereby granted, and the trial court's judgment is affirmed.


Mackey K. Hancock
Justice

Do not publish.


3

Timothy Mangram
P.O. Box 305
Matador, Tx 79244

Abel Acosta
Clerk, Court of Criminal Appeals
P.O. Box 12308
Capitol Station
Austin, Tx 78711



FOREVER
USA

Bank Swallow